1  Tim A. Pori (SBN 189270)
   LAW OFFICES OF TIM A. PORI
2  521 Georgia Street
   Vallejo, CA  94590
3  Telephone: (707) 644-4004
   Facsimile: (707) 644-7528
4
   Attorneys for Claimant TYLER SHANER
5

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                          OAKLAND DIVISION

10
    UNITED STATES OF AMERICA,        )   Case No. C 06-7264 WDB
11                                   )
           Plaintiff,                )
12                                   )   STIPULATION AND ORDER
           v.                        )   (1) FOR EXTENSION OF TIME
13                                   )   WITHIN WHICH CLAIMANT
    $27,260 IN UNITED STATES         )   CAN FILE AN ANSWER AND
14  CURRENCY,                        )   (2) FOR RESCHEDULING OF CASE
                                     )   MANAGEMENT CONFERENCE
15         Defendant.                )
                                     )
16                                   )
    TYLER SHANER,                    )
17                                   )
           Claimant.                 )
18                                   )

19

20

21         The parties agree, subject to the Court's approval, that (1) Claimant Tyler Shaner can

22  have an additional 30 days, to and including February 21, 2007, within which to file his Answer

23  to the Complaint for Forfeiture in the above-entitled matter and (2) that the case management

24  conference be rescheduled to Thursday, April 5, 2006 at 4:00 p.m.  Unless the time is extended,

25  Claimant Shaner's Answer to the Complaint is due on January 22, 2007, and the case

26  management conference is scheduled for March 1, 2007.

27  ///

28

Stip & Order
No. 06-07264                          1

1  The reason Claimant Tyler Shaner is requesting this extension is that his counsel, Tim A.
2  Pori, has been diagnosed with colon cancer and is currently undergoing chemotherapy treatment.
3  As a result, Mr. Pori is unable at this time to meet with Mr. Shaner to formulate the Answer to
4  the Complaint and, until issue is joined, it would be difficult to formulate a case management
5  statement in order to proceed with this case. The undersigned government counsel supports the
6  requested extensions.

7
8  IT IS SO STIPULATED:                    LAW OFFICES OF TIM A. PORI
9
10 Dated: January 9, 2007           By:    /s/ Tim A. Pori
11                                         TIM A. PORI
                                           Attorney for Claimant SHANER
12
13                                         KEVEN V. RYAN
                                           United States Attorney
14
15 Dated: January 9, 2007.          By:    /s/ Patricia Kenney
                                           PATRICIA KENNEY
16                                         Assistant United States Attorney
17
18
19 IT IS SO ORDERED PURSUANT TO THE FOREGOING STIPULATION ON THIS  9
20 DAY OF JANUARY, 2007.
21                                         /s/ Wayne D. Brazil
22                                         HONORABLE WAYNE D. BRAZIL
                                           United States Magistrate Judge
23
24
25
26
27
28

Stip & Order
No. 06-07264                          2