**Tim A. Pori (SBN 189270)**
**Shirley E. Gibson (SBN 206829)**
LAW OFFICES OF TIM A. PORI
521 Georgia Street
Vallejo, CA 94590
Telephone: (707) 644-4004
Facsimile: (707) 644-7528

Attorneys for Claimant TYLER SHANER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>              Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>$27,260 IN UNITED STATES  )<br>CURRENCY,  )<br>  )<br>              Defendant.  )<br>_____ )<br>  )<br>TYLER SHANER,  )<br>  )<br>              Claimant.  )<br>_____ ) | Case No. C 06-7264 WHA<br><br>**[PROPOSED] ORDER ALLOWING CO-COUNSEL TO APPEAR AT CASE MANAGEMENT CONFERENCE IN PLACE OF LEAD COUNSEL**<br><br>Date:      04/19/07<br>Time:     4:00 p.m.<br>Courtroom:  4 |

    Upon application by counsel for Claimant TYLER SHANER, and good cause appearing therefor,

    IT IS HEREBY ORDERED that co-counsel for Claimant SHANER, SHIRLEY E. GIBSON, be allowed to attend the Case Management Conference in this matter in the place and stead of lead counsel, Tim A. Pori.

    IT IS FURTHER ORDERED that co-counsel SHIRLEY E. GIBSON be thoroughly

///
///
///
///

---

[PROPOSED] ORDER ALLOWING CO-COUNSEL TO APPEAR AT CMC       1

familiar with the case and have the authority to set dates and enter into agreements at the Conference.

Dated: March 19, 2007         /s/ Wayne D. Brazil
                              WAYNE D. BRAZIL
                              Magistrate Judge of the United States
                              District Court