1  SCOTT N. SCHOOLS (SCSB 9990)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney
5
   450 Golden Gate Avenue
6  San Francisco, CA 94102
   Telephone: 415.436.6857
7  Facsimile:  415.436.6748
   Email: patricia.kenney@usdoj.gov
8
   Attorneys for United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13

14 | UNITED STATES OF AMERICA,           )   No. 06-7264 WDB
                                         )
15 |                  Plaintiff,          )
                                         )   STIPULATION AND ORDER
16 |        v.                            )   RESCHEDULING THE TIME OF THE
                                         )   CASE MANAGEMENT CONFERENCE TO
17 | $27,260 IN UNITED STATES             )   1:00 P.M. ON APRIL 19, 2007
    CURRENCY,                            )
18 |                  Defendant.          )
                                         )
19                                       )
                                         )
20 | TYLER McKEE SHANER,                  )
                                         )
21 |                  Claimant.           )

22

23         The parties agree, subject to the Court's approval, that the case management conference

24  currently set for April 19, 2007 at 4:00 p.m. be set three hours earlier at 1:00 p.m. The reason for

25  the request is that the undersigned government counsel will leaving for Texas in the late

26  afternoon. The Court's clerk informed the undersigned government counsel that the Court would

27  ///

28  ///

1 | be willing to have the case management conference at 1:00 p.m. and counsel for claimant agreed
2 | as a courtesy to the earlier time setting.

5 | IT IS SO STIPULATED:                              LAW OFFICES OF TIM A. PORI

7 | Dated: April 16, 2007                    By:  _____
8 |                                                TIM A. PORI
                                                   SHIRLEY E. GIBSON
9 |                                                Attorney for Claimant Tyler Shaner

11 |                                                SCOTT N. SCHOOLS
                                                    United States Attorney
12 |
13 | Dated: April 16, 2007 2007              By:  _____
                                                    PATRICIA KENNEY
14 |                                                Assistant United States Attorney
                                                    Attorney for the United States

16 |                                                                              18
     PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED THIS ___ DAY
17 |
     OF APRIL, 2007.
18 |
                                                   _____
19 |                                                THE HONORABLE WAYNE D. BRAZIL
20 |                                                United States Magistrate Judge

Stip & Order
No. 06-7264 WDB                              2