UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>$27,260 in United States Currency<br>　　　　Defendant.<br>_____/ | No. C 06-7264 WDB<br><br>ORDER FOLLOWING APRIL 19, 2007, CASE MANAGEMENT CONFERENCE |

　　　On April 19, 2007, the Court held a Case Management Conference. For reasons articulated more thoroughly on the record, the Court ORDERS as follows:

　　　1.　At the outset of the Conference, the parties informed the Court that, due to a serious health matter that arose for Mr. Tim Pori — counsel for Claimant Tyler Shaner — discovery responses and general discussions about the case have been delayed. Accordingly, to give the parties more time to evaluate their discovery needs and to discuss possible settlement options, the Court sets a Further <u>Telephonic</u> Case Management Conference for **Thursday, June 28, 2007, at 3:00 p.m.** To appear for the Conference, Plaintiff's counsel must get Defendant's counsel on the line and contact the Court at 510-637-3909.

2. By no later than <u>noon</u> on **June 26, 2007**, the parties must file an Updated Joint Case Management Statement informing the Court what has transpired since the last case management conference, and what further discovery the parties need, if any, to move the case forward.

3. In the interim, at any time before the June 28 Conference, if either party would like the Court to refer the case to a Magistrate Judge for settlement or to the ADR department for early neutral evaluation or mediation, either party is welcome to contact the Court at 510-637-3324 to request that the Court schedule a telephone conference with all parties to discuss these possible referrals.

4. Should the matter settle at any time before June 28, 2007, Plaintiff's counsel must immediately notify the Court at 510-637-3324.

IT IS SO ORDERED.

Dated:   April 20, 2006

_____
WAYNE D. BRAZIL
United States Magistrate Judge

Copies to:
Parties, WDB, Stats