SCOTT N. SCHOOLS (SCSB 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415.436.6857
Facsimile:  415.436.6748
Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 06-7264 WDB |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO EXTEND |
| v. | ) | DISCOVERY BY 60 DAYS TO AND |
| | ) | INCLUDING FEBRUARY 29, 2008 |
| $27,260 IN UNITED STATES CURRENCY, | ) | |
| Defendant. | ) | |
| | ) | |
| TYLER McKEE SHANER, | ) | |
| Claimant. | ) | |

The parties agree, subject to the Court's approval, that discovery cut-off be extended by

60 days to and including February 29, 2008.  Unless discovery is extended, the cut-off is

December 31, 2007.

The reason for the extension is to accommodate the schedule of Mr. Shaner and his

counsel in setting his deposition.  Although the undersigned AUSA had hoped to take the

deposition in August or September, counsel for claimant was recovering from a serious illness

1   and had a trial in another case. The deposition was set for November 8, but Mr. Shaner has a

2   new job and asked to postpone it until December. The undersigned AUSA is willing to

3   accommodate Mr. Shaner's schedule, but also wanted to take the deposition with at least two

4   months of discovery remaining to permit any follow-up discovery that is necessary. Accordingly,

5   the parties are in agreement, subject to the Court's approval, that discovery be extended until

6   February 29, 2007.

7

8   IT IS SO STIPULATED:                           LAW OFFICES OF TIM A. PORI

9

10
    Dated:  October 31, 2007                       By:
11                                                      TIM A. PORI
                                                        SHIRLEY E. GIBSON
12                                                      Attorney for Claimant Tyler Shaner

13

14                                                 SCOTT N. SCHOOLS
                                                   United States Attorney
15

16  Dated:  October 31, 2007                       By:
                                                        PATRICIA KENNEY
17                                                      Assistant United States Attorney
                                                        Attorney for the United States
18

19  PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED THIS 31___ DAY

20  OF _October__, 2007.

21

22

23                                                 THE HONORABLE WAYNE D. BRAZIL
                                                   United States Magistrate Judge
24

25

26

27

28

    Stip & Order
    No. 06-7264 WDB                        2