JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7324
Facsimile: (415) 436-6748
email:Susan.B.Gray@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>$27,260 IN UNITED STATES CURRENCY<br><br>　　　　　Defendant. | No. C 06-7264 WDB<br><br>**SETTLEMENT STIPULATION AND [PROPOSED] FINAL ORDER OF FORFEITURE** |

In full and final settlement of all claims and disputes arising from and related to the captioned forfeiture action, plaintiff United States of America, and claimant Tyler Shaner, hereby stipulate and agree as follows:

1. On November 22, 2006, plaintiff filed a civil action seeking forfeiture of the above-captioned defendant property. In its complaint, plaintiff sought forfeiture of the defendant currency, pursuant to Title 21, United States Code, Section 881(a)(6), on the grounds that there was probable cause that the money constituted drug proceeds.

2. Tyler Shaner is the sole claimant to the defendant funds.

3. Tyler Shaner agrees that sufficient evidence exists to establish forfeiture of $13,630 of the defendant funds, pursuant to Title 21, United States Code, Section 881(a)(6), and consents to the forfeiture of said currency to the United States without further notice to him. Tyler Shaner further relinquishes all right, title and interest in $13,630 of the defendant currency, and agrees that said funds shall be forfeited to the United States and disposed of according to law by the United States Marshals Service.

4. $13,630, which represents the balance of the defendant currency, shall be returned (via check made payable to Tyler Shaner and Tim Pori) to Tyler Shaner, through his attorney Tim Pori whose business address is 521 Georgia Street, Vallejo, California 94590. Such payment shall be in full settlement and satisfaction of any and all claims by Tyler Shaner, his heirs, representatives and assignees to the defendant currency indirectly or directly related to this action

5. Claimant Tyler Shaner, his heirs, representatives and assignees, shall hold harmless the United States, any and all agents, officers, representatives and employees of same, including all federal, state and local enforcement officers, for any and all acts directly or indirectly related to the seizure and forfeiture of the defendant currency.

//
//

SETTLEMENT AGREEMENT AND PROPOSED ORDER
[ C 06-7264WDB]                                                                                               2

6. Each party shall pay its own attorney fees and costs.

Dated: 1/23/07

JOSEPH P. RUSSONIELLO
United States Attorney

_____
SUSAN B. GRAY
Assistant United States Attorney

Dated: 1-15-08

_____
TIM PORI
Attorney for

Dated: 1-15-08

_____
TYLER SHANER
Claimant

SETTLEMENT AGREEMENT AND PROPOSED ORDER
[ C 06-7264WDB]                                               3

**[PROPOSED] FINAL ORDER OF FORFEITURE**

Based upon the above stipulation and all pleadings filed herein,

IT IS HEREBY ORDERED that $13,630 of the defendant funds shall be and hereby is forfeited to the United States, pursuant to Title 21, United States Code, Section 881(a)(6). All right, title and interest in said property is hereby vested in the United States of America. The United States Marshals Service shall dispose of the forfeited property according to law.

IT IS FURTHER ORDERED that $13,630, which represents the balance of the defendant funds, shall be returned to Claimant Tyler Shaner, by and through his attorney Tim Pori, whose business address is 521 Georgia Street, Vallejo, California, 94590. Said payment shall be in full settlement and satisfaction of any and all claims by claimant, his heirs, representatives and assignees to the defendant funds indirectly or directly related to this action.

IT IS FURTHER ORDERED that claimant, his heirs, representatives and assignees, shall hold harmless the United States, any and all agents, officers, representatives and employees of same, including all federal, state and local enforcement officers, for any and all acts directly or indirectly related to the seizure and forfeiture of the defendant currency.

IT IS FURTHER ORDERED that each party bear its own costs and attorneys fees.

IT IS SO ORDERED.

DATED: 1/25/08

_____
WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE